UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-065 (RWR) |
| | : | |
| **MELVIN MORGAN,** | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

### UNITED STATES' NOTICE OF FILING OF PROPOSED ORDER IN CONNECTION WITH MOTION FOR LEAVE TO IMPEACH DEFENDANT WITH PRIOR CONVICTIONS

COMES NOW, the United States of America, by and through the undersigned attorneys, and hereby submits a Proposed Order for the Court's consideration of the United States' Motion for Leave to Impeach Defendant with Prior Convictions Pursuant to Rule 609 that was filed on March 21, 2006.  The proposed order is attached hereto.

    Respectfully,
    KENNETH L. WAINSTEIN
    United States Attorney


    By: _____
    MICHAEL T. TRUSCOTT
    ASSISTANT UNITED STATES ATTORNEY
    Member of the New York Bar
    Federal Major Crimes Section
    United States Attorney's Office
    555 Fourth Street, N.W., Room 4237
    Washington, D.C. 20530
    Phone: (202) 514-7533
    Fax: (202) 514-6010

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Notice of Filing of Proposed Order In Connection With Motion for Leave to Impeach Defendant With Prior Convictions was caused to be served via United States Mail, postage prepaid, upon counsel of record for the defendant, Rita Bosworth, Federal Defender Service, this $^{22\text{nd}}$ day of March, 2006.

 

MICHAEL T. TRUSCOTT