UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-065 (RWR) |
| | : | |
| **MELVIN MORGAN,** | : | |
| **Defendant.** | : | |
| _____ | : | |

## ORDER

Upon consideration of the United States' Motion for Leave to Impeach Defendant With Prior Convictions Pursuant to Rule 609, and any opposition thereto, and the Court finding that said motion is meritorious, it is this _____ day of _____, 2006, hereby

ORDERED that the United States' Motion to for Leave to Impeach Defendant With Prior Convictions Pursuant to Rule 609 is **GRANTED**.

_____
RICHARD W. ROBERTS
United States District Judge

Copies to:
Rita Bosworth
Michael T. Truscott