## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 06-065 (RWR)** |
| : | |
| **MELVIN MORGAN,** : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the United States' Motion for Leave to Introduce Evidence of the Defendant's Other Crimes, and any opposition thereto, and the Court finding that said motion is meritorious, it is this _____ day of _____, 2006, hereby

ORDERED that the United States' Motion for Leave to Introduce Evidence of Defendant's Other Crimes be **GRANTED**.

_____
RICHARD W. ROBERTS
United States District Judge

Copies to:
Rita Bosworth
Michael T. Truscott