**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal No. 06-065 (RWR)** |
| | ) | |
| **MELVIN MORGAN** | ) | |
| _____ | ) | |

**ORDER**

Upon consideration of government's Motion to Impeach With Prior Convictions Pursuant

to Rule 609 and defendant's opposition thereto, it is this ___ day of _____, 2006, hereby

**ORDERED** that the motion is **DENIED** and that evidence of defendant's prior

convictions will be excluded from evidence at trial.

_____
HONORABLE RICHARD W. ROBERTS
UNITED STATES DISTRICT JUDGE