UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 06-65 (RWR) |
| v. | Judge Richard W. Roberts |
| MELVIN MORGAN,<br>    Defendant. | |

### GOVERNMENT'S MOTION TO DISMISS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests the Court to dismiss the indictment in the above-styled case without prejudice.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

BY: _____
MICHAEL T. TRUSCOTT
Assistant United States Attorney
Member of the New York Bar
Federal Major Crimes Section
United States Attorney's Office
555 Fourth Street, N.W., Room 4237
Washington, D.C. 20530
Phone:      (202) 514-7533
Fax:          (202) 514-6010

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was caused to be served by facsimile on counsel for Defendant, Rita Bosworth, Esquire, Assistant Federal Public Defender, 625 Indiana Avenue, N.W., Washington, D.C. 20004, facsimile (202) 208-7515, this twenty-ninth day of March, 2006.

_____
JESSIE K. LIU
Assistant United States Attorney