UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 06-65 (RWR) |
| v. | Judge Richard W. Roberts |
| MELVIN MORGAN,<br>            Defendant. | |

**ORDER**

The Court having considered the Government's motion to dismiss and upon finding it appropriate to do so, it is ORDERED this _____ day of March, 2006, that the indictment in the above-styled case be dismissed without prejudice.

```
                                        _____
                                        RICHARD W. ROBERTS
                                        United States District Judge
```

copies to:

Michael T. Truscott
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W., Room 4237
Washington, D.C. 20530

Rita Bosworth
Assistant Federal Public Defender
Federal Public Defender's Office
625 Indiana Avenue, N.W.
Washington, D.C. 20004