## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 06-65 (RWR) |
| v. | Judge Richard W. Roberts |
| MELVIN MORGAN,<br>      Defendant. | |

FILED
MAR 3 0 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

The Court having considered the Government's unopposed motion to dismiss and upon finding it appropriate to do so, it is ORDERED this 29th day of March, 2006, that the indictment in the above-styled case be dismissed without prejudice.

_____
RICHARD W. ROBERTS
United States District Judge

copies to:

Michael T. Truscott
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W., Room 4237
Washington, D.C. 20530

Rita Bosworth
Assistant Federal Public Defender
Federal Public Defender's Office
625 Indiana Avenue, N.W.
Washington, D.C. 20004

